Same case below, 384 Fed. Appx. 273.

No. 10-855. Milton Wuzael Mathis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1257, 131 S. Ct. 1574, 179 L. Ed. 2d 475, 2011 U.S. LEXIS 1824.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 616 F.3d 461.

No. 10-859. Deborah J. Prunty, et al., Petitioners v. Roy M. Terry, Jr., Chapter 7 Trustee.

562 U.S. 1257, 131 S. Ct. 1575, 179 L. Ed. 2d 475, 2011 U.S. LEXIS 1732.

No. 10-891. Robert J. Latsch, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.

562 U.S. 1257, 131 S. Ct. 1576, 179 L. Ed. 2d 475, 2011 U.S. LEXIS 1848.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 396 Fed. Appx. 697.

No. 10-904. Aris Etherly, Petitioner v. Randy Davis, Warden.

562 U.S. 1257, 131 S. Ct. 1577, 179 L. Ed. 2d 475, 2011 U.S. LEXIS 1834.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 619 F.3d 654.

No. 10-919. Daniel DeFabio and Patricia DeFabio, Petitioners v. East Hampton Union Free School District, et al.

562 U.S. 1257, 131 S. Ct. 1578, 179 L. Ed. 2d 475, 2011 U.S. LEXIS 1809.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 623 F.3d 71.

No. 10-924. Kenneth J. Taggart, Petitioner v. Chase Bank USA, N.A., et al.

562 U.S. 1257, 131 S. Ct. 1578, 179 L. Ed. 2d 475, 2011 U.S. LEXIS 1792.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 375 Fed. Appx. 266.

No. 10-960. Serdar Kalaycioglu, Petitioner v. United States.

562 U.S. 1257, 131 S. Ct. 1580, 179 L. Ed. 2d 475, 2011 U.S. LEXIS 1883.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.